# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(96)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

RAYMOND CURTIS CARP,
      Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146819
COA: 314080
Wayne CC: 94-002089-01-FC

CORTEZ ROLAND DAVIS,
      Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147428
COA: 302353
Berrien CC: 2010-015309-FC

DAKOTAH WOLFGANG ELIASON,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of amicus curiae Faith-Based Organizations and Religious Leaders in this case: Brendan R. Parets and Krysten L. Rosen.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2014



Clerk